AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:19-mj-6087-MPK |
| Bruce Isackson | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 4/3/2019

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Michael Packard - 676934
Printed name and bar number of defendant's attorney

Quinn Emanuel, 111 Huntington Ave, Suite 520, Boston, MA
Address of defendant's attorney

michaelpackard@quinnemanuel.com
E-mail address of defendant's attorney

617-712-7100
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney